**Order entered December 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00857-CV**

**RECLAIM CONSTRUCTION, LLC, Appellant**

**V.**

**FRANCISCO JAVIER LOPEZ AND TOMAS LOBO, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04975**

## ORDER

On appellant's motion, we extended the deadline for filing appellant's brief to December 21, 2020. To date, however, the brief has not been filed. Accordingly, we **ORDER** the brief be filed **no later than January 11, 2021**. *We caution appellant that failure to comply may result in dismissal of the appeal without further notice.* See TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    ERIN A. NOWELL
       JUSTICE